TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff and proposed FLSA Collective*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ **x**

PALWINDER SINGH,
*on his own behalf and on behalf of others similarly situated*

                       Plaintiff,
                     v.

ANMOL FOOD MART INC
    d/b/a Anmol Food Mart Inc
    d/b/a Sunoco;
DIAMOND FOOD MART INC
    d/b/a Diamond Food Mart Inc
    d/b/a Conoco; and
VISHAL KUMAR

                     Defendants.
------------------------------------------------------------------ **x**

Case No. 22-cv-05475

**29 U.S.C. § 216(b)**
**COLLECTIVE ACTION &**
**FED. R. CIV. P. 23 CLASS**
**ACTION**

**NOTICE OF PLAINTIFFS'**
**MOTION FOR**
**CONDITIONAL COLLECIVE**
**CERTIFICATION**

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on September 14, 2023, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the **Eastern District of New York**, before the Honorable Ramon E. Reyes, Jr., U.S. Magistrate Judge, for an Order:

     (1) granting collective action status, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b);

     (2) ordering the Defendants within fourteen (14) days of the entry of this Order to produce an Excel spreadsheet containing first and last name, last known address with apartment number (if applicable), the last known telephone numbers, last known e-mail addresses, WhatsApp, WeChat ID and/or Facebook usernames (if applicable), and work location, dates of employment and position of **ALL current and former non-exempt and non-managerial employees** employed at any time from September 13, 2019 (three years prior to the filing of the Complaint) to the date

when the Court so-orders the Notice of Pendency and Consent to Join Form or the date when Defendants provide the name list, whichever is later;

(3) authorizing that notice of this matter be disseminated, in any relevant language via mail, email, text message, website or social media messages, chats, or posts, to all members of the putative class within twenty-one (21) days after receipt of a complete and accurate Excel spreadsheet with affidavit from Defendants certifying that the list is complete and from existing employment records;

(4) authorizing an opt-in period of ninety (90) days from the day of dissemination of the notice and its translation;

(5) authorizing the Plaintiff to publish the full opt-in notice on Plaintiffs' counsel's website;

(6) authorizing the publication of a short form of the notice may also be published to social media groups specifically targeting the Hindi-speaking American immigrant worker community;

(7) ordering the Defendants to post the approved Proposed Notice in all relevant languages, in a conspicuous and unobstructed locations likely to be seen by all currently employed members of the collective, and the notice shall remain posted throughout the opt-in period, at the workplace;

(8) ordering the Plaintiffs to publish the Notice of Pendency, in an abbreviated form to be approved by the Court, at Defendants' expense by social media and by publication in newspaper should Defendants fail to furnish a complete Excel list or more than 20% of the Notice be returned as undeliverable with no forwarding address to be published in English, and Hindi;

(9) ordering the equitable tolling on the statute of limitation on this suit be tolled for ninety (90) days until the expiration of the Opt-in Period;

(10) permitting discovery of class information of all potential collective and class members in a bid to determining whether this case may proceed as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure;

(11) granting leave to amend the Complaint pursuant to Rule 15(a)(2) and 21 of the Federal Rules of Civil Procedure in anticipation of adding opt-in plaintiff(s) and allegations pertaining to putative opt-in plaintiff(s)' New York Labor Law claims; and

(12) granting such other and further relief as the Court deems proper.

Dated: Flushing, New York
September 14, 2023

                                        TROY LAW, PLLC
                                        *Attorneys for the Plaintiffs, proposed FLSA*
                                        *Collective and potential Rule 23 Class*
                                        */s/ John Troy*
                                        John Troy