TROY LAW, PLLC
John Troy
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff and proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

PALWINDER SINGH,
*on his own behalf and on behalf of others similarly situated*

                        Plaintiff,

                       v.

ANMOL FOOD MART INC
    d/b/a Anmol Food Mart Inc
    d/b/a Sunoco;
DIAMOND FOOD MART INC
    d/b/a Diamond Food Mart Inc
    d/b/a Conoco; and
VISHAL KUMAR

                       Defendants.

------------------------------------------------------------------ x

Case No. 22-cv-05475

29 U.S.C. § 216(b)
**COLLECTIVE ACTION &
FED. R. CIV. P. 23 CLASS
ACTION**

**DECLARATION OF JOHN
TROY IN SUPPORT OF
PLAINTIFF'S MOTION FOR
CONDITIONAL
COLLECTIVE
CERTIFICATION**

      I, JOHN TROY, an attorney admitted to practice law in the State of New York and before the United States District Court for the Eastern District of New York hereby affirm under penalty of perjury that:

    1. I am the principal of Troy Law, PLLC, attorney for the Plaintiff and putative class in this action. I submit this affirmation in support of Plaintiff's motion for an Order granting collective action status pursuant to 29 U.S.C. § 216(b) for Plaintiff's claims under the Fair Labor Standards Act.

    2. The putative class consists of the named Plaintiff and all nonexempt current and former

employees of Defendants ANMOL FOOD MART INC d/b/a Anmol Food Mart Inc d/b/a Sunoco; DIAMOND FOOD MART INC d/b/a Diamond Food Mart Inc d/b/a Conoco; and VISHAL KUMAR (collectively the "Defendants") who performed work as non-exempt, non-managerial employees from September 13, 2019 to present. Corporate officers, shareholders, directors, administrative employees, managers, and other customarily exempt employees are not part of the defined class.

3. The following exhibits are annexed:

   1) Exhibit 01 – Complaint
   2) Exhibit 02 – Proposed Notice of Pendency; and Consent to Sue Form
   3) Exhibit 03 – Proposed Publication Order;
   4) Exhibit 04 – Proposed Text Notice;
   5) Exhibit 05 – Proposed Email Notice;
   6) Exhibit 06 – Proposed Reminder Postcard;
   7) Exhibit 07 – Proposed Reminder Text Notice;
   8) Exhibit 08 – Proposed Reminder Email Notice;
   9) Exhibit 09 – Affidavit of PALWINDER SINGH in Support of Plaintiffs' Motion for Conditional Collective Certification; and
   10) Exhibit 10 – Coworker Information Summary Table.

4. As alleged in the complaint, the Named Plaintiff and proposed members of the class experienced a common set of policies and practices by the Defendants as to wages and hours that violated the FLSA, and there are more similarly situated current and former employees who have been subjected to the same unlawful employment practices.

5. Plaintiff alleges that he has personal knowledge of other employees who were subjected to these policies and the details are further set forth in their affidavit herewith.

6. Troy Law, PLLC, has considerable experience in employment and labor law, and has successfully represented workers in numerous cases similar to the case at bar to recover unpaid overtime and minimum wage pay in federal and state courts under the Fair Labor Standards Act

and New York Labor Law.

7. For the reasons set forth above and those set forth in the accompanying Memorandum of law, Plaintiff respectfully requests that this Court enter an Order granting collective action status, pursuant to 29 U.S.C. § 216(b) for Plaintiff's claims under the Fair Labor Standards Act.

Dated:   Flushing, New York
         September 14, 2023

Respectfully submitted,
Troy Law, PLLC.

*Attorneys for Plaintiffs and proposed collective action members*

By:   /s/John Troy
     John Troy, Esq.