# SINGH V. ANMOL FOOD MART, INC.

| Sr.No | Name | Employment | Email | Phone # |
|---|---|---|---|---|
| 1. | Madn Lal | 2022-2023 | unavailable | 929-312-8278 |
| 2. | Ramesh Kumar | 2022 | unavailable | 646-420-2506 |
| 3. | Neelam Rani | 2022 | unavailable | 347-575-4349 |
| 4. | Sunil Kumar | 2022 | unavailable | 631-530-6120 |
| 5. | Amandeep Singh | 2023 | unavailable | 631-933-5387 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

Dear Troy,

As I mentioned before, I am traveling to India for the duration of 2 weeks. If you need to contact me, please do that after April 15.

Thank you for your cooperation.

Sincerely,