**2021**

1. Kamni Julka
   25 8th Street
   New Rochelle , NY, 10801

2. Mandip S. Parmar
   8623 Little Neck
   Floral Park, NY 11001

3. Amandeep Singh
   8623 Little Neck Pkwy
   Floral Park, NY, 11001

4. Palwinder Singh
   7906 262nd Street
   Glen Oaks, NY, 11004

**2022**

1. Kamni Julka
   25 8th Street
   New Rochelle , NY, 10801

2. Mandip S. Parmar
   8623 Little Neck
   Floral Park, NY 11001

3. Amandeep Singh
   8623 Little Neck Pkwy
   Floral Park, NY, 11001

4. Onkar Singh
   8320 259th Street
   Glen Oaks, NY 11004

**2023**

1. Sagar Kaushal
   325 Union Ave Apt 2L
   New Rochelle, NY, 10801

2. Mandip S. Parmar
   8623 Little Neck
   Floral Park, NY, 11001

3. Gagandeep Singh
   83-22 248th Street
   Bellerose, NY, 11426

4. Kamalveer Singh
   91-39 118 St
   South Richmond Hill, NY, 11418

5. Onkar Singh
   8320 259th Street
   Glen Oaks, NY, 11004