| Sr. No. | Name | Employment Period | Email | Phone Number |
|---|---|---|---|---|
| 1. | Kamni Julka | 2021-2022 | kamanijulka@yahoo.com | 646-406-6036 |
| 2. | Mandeep S. Parmar | 2021-2023 | Unavailable | Unavailable |
| 3. | Amandeep Singh | 2021-2022 | Unavailable | 631-933-5387 |
| 4. | Palwinder Singh | 2021 | Unavailable | Unavailable |
| 5. | Onkar Singh | 2022-2023 | Unavailable | 347-400-9576 |
| 6. | Sagar Kaushal | 2023 | kaushalsagar252@gmail.com | 914-498-2033 |
| 7. | Gagandeep Singh | 2023 | Unavailable | Unavailable |
| 8. | Kamalveer Singh | 2023 | Unavailable | Unavailable |