**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

PALWINDER SINGH

*on his own behalf and on behalf of others similarly situated*

            *Plaintiff*,

       v.

ANMOL FOOD MART INC
  d/b/a Anmol Food Mart Inc
  d/b/a Sunoco,
DIAMOND FOOD MART INC
  d/b/a Diamond Food Mart Inc
  d/b/a Conoco, and
VISHAL KUMAR,
 andFKLDJFD

            *Defendants*.

-------------------------------------------------------------------x

Case No. 22-cv-05475

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

   **PLEASE TAKE NOTICE** that upon the declaration of John Troy, Plaintiff's Memorandum of Law and all prior papers and proceedings herein, Plaintiff hereby moves this Court before the Honorable Joseph A Marutollo, United States Judge, in the United States District Court for the Eastern District of New York, 225 Cadmen Plaza East Brooklyn, NY 11201, for an award of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and N.Y. C.L.S. Labor §§ 198(1-a), 663(1).

Dated: May 9, 2024
   Flushing, New York

               TROY LAW, PLLC
               *Attorneys for the Plaintiff, proposed FLSA*
               *Collective and potential Rule 23 Class*

               /s/ John Troy
               John Troy
               Aaron Schweitzer