**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

August 9, 2024

<u>*Via* **ECF**</u>
Hon. Joseph A. Marutollo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

      Re:    Plaintiff's Letter regarding the Parties' Position on
                Consenting to Magistrate Judge Jurisdiction
     <u>*Singh v. Anmol Food Mart, Inc. et al.*</u>**, No. 22-cv-05475 (PKC)(JAM) (E.D.N.Y.)**

Your Honor,

     This office represents the Plaintiff in the above-referenced matter. Pursuant to the Court Order dated August 6, 2024 directing the parties to advise whether both parties consent to Magistrate Judge jurisdiction for the review of the *Cheeks* motion, the undersigned respectfully reports that he is still waiting to hear back from Defendants' counsel. We have followed up by emails on August 6, 2024, August 8, 2024, and called this morning and afternoon but were not able to reach Mr. Suri.

     Accordingly, we will advise the Court of the parties' position with respect to the consent to the magistrate judge once Mr. Suri provides his position. Should Mr. Suri fail to provide his position, we will so advise the Court as well.

     We apologize for the inconvenience and thank you for your time.

                                                   Respectfully submitted,
                                                   TROY LAW, PLLC

                                                   */s/ John Troy*
                                                   John Troy
                                                   *Attorney for Plaintiff*

*JT/mh*