UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PALWINDER SINGH,

                    Plaintiff,

-against-

ANMOL FOOD MART, INC., DIAMOND FOOD MART, INC., and VISHAL KUMAR

                    Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING REPORT & RECOMMENDATION**

22-CV-5475 (RER) (JAM)

**RAMÓN E. REYES, JR., United States District Judge:**

In a report and recommendation dated February 8, 2025, (ECF No. 79 (the "R&R")), Magistrate Judge Joseph A. Marutollo recommended that the Court grant the parties' joint motion for approval of their settlement agreement. (*Id.*) Judge Marutollo advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, the parties' joint motion for approval of their settlement agreement (ECF No. 74) is GRANTED, and the action is dismissed with prejudice. The Clerk of Court is directed to enter judgment and close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
_____
RAMÓN E. REYES, JR.
United States District Judge

Dated: February 26, 2025
      Brooklyn, NY