UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PALWINDER SINGH,

                      Plaintiff,                    JUDGMENT

    v.

                                                  22-CV-5475 (RER) (JAM)

ANMOL FOOD MART, INC., DIAMOND FOOD
MART, INC., and VISHAL KUMAR,

                      Defendants.
----------------------------------------------------------------X

       An Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on February 26, 2025, adopting the Report and Recommendation of Magistrate Joseph A. Marutollo, dated February 8, 2025, granting the parties' joint motion for approval of their settlement agreement; and dismissing this action with prejudice; it is

       ORDERED and ADJUDGED that the parties' joint motion for approval of their settlement agreement is granted; and that this action is dismissed with prejudice.

Dated: Brooklyn, New York                                 Brenna B. Mahoney
       February 27, 2025                                       Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                              Deputy Clerk